November 19, 2019

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:   United States v. Pedro Rodriguez
       19-Cr-445

Dear Judge Furman:

Mr. Rodriguez was arraigned on February 13, 2019, and was released pursuant to a $100,000 personal recognizance bond, secured by $5,000 in cash and 3 financially responsible people. In addition, his travel was restricted to SDNY/EDNY/DNJ, and he was subject to home detention, electronic monitoring, and other conditions. Since that time, Mr. Rodriguez has been compliant with his pretrial release conditions.

I write today, with the consent of the government and Pretrial Services, to request a temporary modification of Mr. Rodriguez's bail conditions to allow him to attend his family's Thanksgiving dinner, taking place at his brother's house in Brooklyn. He would like to be present at his brother's house on November 28, 2019, from approximately 2pm until 8 pm. If approved, Mr. Rodriguez will keep Pretrial Services abreast of his whereabouts that day.

Accordingly, I respectfully request the conditions of Mr. Rodriguez's bail be modified to allow him to leave home detention to attend Thanksgiving on November 28, 2019.

Thank you for your consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Pedro Rodriguez*

Cc:   AUSA Ryan Finkel
      Pretrial Services (email)

**Application GRANTED. The Clerk of Court is directed to terminate Doc. #25.**

**SO ORDERED.**

**November 19, 2019**