UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

        -against-                                 **ORDER**

PEDRO RODRIGUEZ,                   **19-Cr-445 (JMF)**

        Defendant

-------------------------------------------------X

Upon the application of defendant's counsel, Florian Miedel,

IT IS HEREBY ORDERED that Pedro Rodriguez's Bond be exonerated and that the $5000 cash used to secure the bond be returned.

DATED:    New York, New York
             ~~February   , 2020~~
             January 31, 2020

The Clerk of Court is directed to terminate Doc. #29.

SO ORDERED:

_____
THE HONORABLE JESSE M. FURMAN
United States District Court Judge
Southern District of New York