

**MM**
Miedel & Mysliwiec LLP

October 5, 2020

*Application GRANTED. Sentencing is hereby rescheduled for October 21, 2020, at 11:00 a.m. The Court will confirm the date and time of the sentencing, and will provide additional details to log into the videoconference, closer to the date scheduled.  The Clerk of Court is directed to terminate Doc. # 51. SO ORDERED.*

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*October 6, 2020*

        **RE:**    **United States v. Pedro Rodriguez**
                **19-Cr-445**

Dear Judge Furman:

      Pursuant to the Court's Order of today, the parties jointly request the Court to conduct Mr. Rodriguez's sentencing on or about the currently scheduled date of October 20, 2020.  The parties further request that the sentencing be conducted remotely, by phone or video, as the Court prefers.  I have discussed this issue with Mr. Rodriguez, and he waives his personal appearance and agrees to participate in sentencing by video or phone.

      The parties believe that sentencing Mr. Rodriguez at this time is permitted by the Constitution, the federal rules, and the CARES Act.  Mr. Rodriguez was arrested in February 2019, and so the case is quite old.  He was detained following his guilty plea on January 30, 2020, and has been incarcerated since then at the MCC, a facility designed to hold pretrial detainees short term.  It is in Mr. Rodriguez's interest to conclude his case so that he can be transferred to a more permanent BOP facility to begin his process of rehabilitation, take advantage of programming not available at the MCC, and to prepare himself for his release.  It is also in the interests of law enforcement and BOP to free up space at the MCC for people being detained after their arrests so as to prevent transfers of SDNY detainees to Westchester County and New Jersey.  Accordingly, the parties respectfully request the sentencing to be held remotely on or about the current sentencing date.

      The parties are available any day during the week of October 20th, except on October 22 between 10am and 2pm, and on October 23 between 10am and 11am.  Mr. Rodriguez's USMS number is 76265-054.

      Thank you for your consideration.

                    Sincerely,

                    /s/

                    Florian Miedel

cc:    AUSA Ryan Finkel